**DISMISS and Opinion Filed April 15, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00108-CV**

**BARRY ERADA TAYLOR, Appellant**

**V.**

**KATHRYN ALBERS, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-3811-2**

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

Before the Court is appellant's April 8, 2013 motion to dismiss the appeal. Appellant informs the Court that he no longer wants to pursue this appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/

LANA MYERS

130108F.P05                          JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BARRY ERADA TAYLOR, Appellant

No. 05-13-00108-CV          V.

KATHRYN ALBERS, Appellee

On Appeal from the Probate Court No. 2, Dallas County, Texas
Trial Court Cause No. PR-10-3811-2.
Opinion delivered by Justice Myers.
Justices Bridges and FitzGerald, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, KATHRYN ALBERS, recover her costs of this appeal from appellant, BARRY ERADA TAYLOR.

Judgment entered this 15th day of April, 2013.

/Lana Myers/
LANA MYERS
JUSTICE